UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUZ GONZALEZ,

    Plaintiff,

v.                                           Case No: 8:22-cv-1091-CEH-UAM

JENNIFER LYNN SOLIN,

    Defendant.

_____

**<u>ORDER</u>**

    This matter comes before the Court on Respondent Jennifer Lee Solin's Amended Unopposed Motion for Clarification (Doc. 98), which requests an order from this Court allowing Defendant/Respondent Jennifer Lee Solin, or a second designated agent, Charles Haskins Smith (Solin's relative), to retrieve the passports of Respondent's minor child. *Id.* at 2.

    This case was dismissed pursuant to a notice of settlement on October 2, 2023 (Doc. 92) and the Court subsequently granted in part the Parties' Joint Stipulated Motion to Re-Open Case Solely for Entry of Order Adopting and Ratifying Settlement Terms Herein (Doc. 93) to the extent that it directed the Clerk of Court to surrender the subject child's United States and Colombian passports to counsel for Respondent. Doc. 94 at 3.

    Respondent's counsel states that she has been unable to retrieve the passports due to the declining health of a family member. Doc. 96 at 2–3. Therefore, she now

seeks permission of the Court to allow Respondent Jennifer Lee Solin, herself, or Charles Haskins Smith, her relative, to retrieve the passports. *Id.* As Respondent has shown good cause for her unopposed request that the Court amend its order, and there being no reason for the Court to deny the request, the Motion is **GRANTED, in part.** The Court will direct the Clerk to surrender the passports of S.G.S. to the minor's mother. Accordingly, it is

    **ORDERED**:

The Clerk of Court is hereby directed to surrender S.G.S.'s United States and Colombian passports (*see* Docs. 83, 84) to Respondent Jennifer Lee Solin. Respondent's Initial Motion for Clarification (Doc. 96) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Tampa, Florida on April 2, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties